Maria Crimi Speth (012574)
Laura A. Rogal (025159)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
lar@jaburgwilk.com
(602) 248-1000

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

XCENTRIC VENTURES, L.L.C., an Arizona Limited Liability Corporation,

Plaintiff,

v.

ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM; MELBOURNE IT DBS, INC., a Delaware corporation; INTERNET NAMES WORLDWIDE, INC., a Delaware corporation; DOES 1-10, inclusive,

Defendants.

Case No. 2:08-cv-02299-HRH

**NOTICE OF SERVICE OF PROCESS ON DEFENDANT ELIZABETH ARDEN D/B/A COMPLAINTSBOARD.COM**

Pursuant to this Court's Order dated April 17, 2009 (Doc. # 8), Plaintiff Xcentric Ventures, LLC ("Xcentric") hereby notifies the Court that it has effected service upon Defendant Elizabeth Arden d/b/a Complaintsboard.com ("Complaintsboard") by complying with each of the four means of service identified within the Court's Order. Specifically, Xcentric (1) published notice in accordance with Rule 4.2, Arizona Rules of Civil Procedure[1]; (2) mailed a copy of the Complaint and Summons, with first-class postage prepaid, to all known address associated with Complaintsboard[2]; (3) e-mailed a copy of the Complaint and Summons to the Complaintsboard e-mail addresses[3]; and (4)

[1] See Exhibit A, Affidavit of Publication
[2] See Exhibit B, Declaration of Anne Sneed
[3] See Exhibit B; see also Exhibit C, Declaration of Laura Rogal



Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

conveyed by voice mail to Complaintsboard at the telephone number affiliated with Complaintsboard information about the Complaint and Summons and where copies of the same could be obtained[4]. In completing each of the aforementioned methods of service upon Complaintsboard, Defendant Elizabeth Arden d/b/a Complaintsboard.com has therefore been properly served with the Summons and Complaint.

DATED this 23rd day of June, 2009.

**JABURG & WILK, P.C.**

/s/ Laura A. Rogal
Maria Crimi Speth
Laura A. Rogal
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I have also caused to be hand delivered a courtesy copy of the foregoing to:

Honorable H. Russel Holland
UNITED STATES DISTRICT COURT
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, Arizona 85003

I have also sent a courtesy copy via e-mail of the foregoing to:

editor.complaintsboard@gmail.com
Defendant Elizabeth Arden d/b/a Complaintsboard.com

/s/ Anne Sneed

---

[4] See Exhibit B

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

# EXHIBIT A

# ARIZONA CAPITOL TIMES

P.O. Box 2260 Phoenix, AZ 85002
Phone: (602) 258-7026 Fax: (602) 258-2504


## AFFIDAVIT OF PUBLICATION

STATE OF ARIZONA )
County of Maricopa ) ss

Laura M. Kaminski, being duly sworn, deposes and says: I am the Public Notices Manager of the Arizona Capitol Times, a weekly newspaper of general circulation published at Phoenix, Maricopa County, Arizona, and that the

**SUMMONS IN A CIVIL CASE**

**XCENTRIC VENTURES, L.L.C., v. ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM, et al**

**CASE 2:08-CV-02299-HRH**

was published in said newspaper once a week for 4 successive and/or consecutive weeks, with publication dates as follows: 05/01/2009, 05/08/2009, 05/15/2009, 05/22/2009 .

[signature]

Subscribed and sworn to before me this 22nd day of May, 2009

[signature]

OFFICIAL SEAL
LAURINDA R. COOK
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Feb. 11, 2011

**CASE 2:08-CV-02299-HRH / XCENTRIC VENTURES, L.L.C. v. ARDEN**
**SUMMONS IN A CIVIL CASE**

Maria Crimi Speth, Jaburg & Wilk, P.C., 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012.
UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA
XCENTRIC VENTURES, L.L.C., an Arizona limited liability corporation, v. ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM; et al.
TO: ELIZABETH ARDEN d/b/a/ COMPLAINTSBOARD.COM.
YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY: Maria Crimi Speth, Jaburg & Wilk, P.C., 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.
Copies of the pleadings can be obtained at Jaburg & Wilk's office at above address.
DATE: Dec 18, 2008. /s/ Richard R. Weare, Clerk; By: /s/ illegible, Deputy Clerk.
5/1, 5/8, 5/15, 5/22, 2009 editions Arizona Capitol Times

# EXHIBIT B

Maria Crimi Speth (012574)
Laura A. Rogal (025159)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
lar@jaburgwilk.com
(602) 248-1000

Attorneys for Plaintiff

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| XCENTRIC VENTURES, L.L.C., an Arizona Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM; MELBOURNE IT DBS, INC., a Delaware corporation; INTERNET NAMES WORLDWIDE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:08-cv-02299-HRH<br><br>**DECLARATION OF ANNE E. SNEED** |

I, Anne E. Sneed, declare:

1. My name is Anne Sneed. I am employed as a legal assistant at the law firm of Jaburg & Wilk, P.C., attorneys of record for Plaintiff Xcentric Ventures, LLC. This Declaration is made of my own personal knowledge and is submitted in support of Plaintiff's Notice of Service of Process on Defendant Elizabeth Arden d/b/a Complaintsboard.com in this matter.

2. To comply with this Court's Order dated April 17, 2009, I utilized the publicly available information regarding the registration of the domain name www.complaintsboard.com, which was attached to Plaintiff's Motion for Alternative Service as Exhibit "A" (Doc. # 7-2).

3. Pursuant to this Court's Order dated April 17, 2009, I personally mailed a copy of the Complaint and Summons, with first-class postage prepaid, to:

Elizabeth Arden
P.O. Box 99800
EmeryVille, CA 94662

4. Pursuant to this Court's Order dated April 17, 2009, I personally e-mailed a copy of the Complaint and Summons to contact@myprivateregistration.com. A true and correct copy of my email is attached to this Declaration as Exhibit "1".

5. On April 24, 2009, pursuant to this Court's Order dated April 17, 2009, I personally called (510) 595-2002; however, the mailbox was full.

6. On April 27, 2009, pursuant to this Court's Order dated April 17, 2009, I personally called (510) 595-2002; however, the mailbox was full.

7. On May 18, 2009, pursuant to this Court's Order dated April 17, 2009, I personally called (510) 595-2002; however, the mailbox was full.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of June, 2009.

Anne E. Sneed

Anne E. Sneed

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

**EXHIBIT A**

Customer Feedback | Give Us Your Ideas · About Us MySolutionSpot™ US Dollar - USD Shopping Cart (0)

NetworkSolutions. Call Us (U.S. Only) 1-800-333-7680 Login Here Customer Support

Domain Names | Web Sites & Hosting | Online Marketing | E-Mail | SSL Certificates | All Services | Developers | Education Center | Manage Account

## WHOIS Search Results

### Your WHOIS Search Results

IMAGE NOT AVAILABLE

BOOKMARK

**complaintsboard.com**

Make an instant, anonymous offer to the current domain registrant. Learn More

Make an offer to buy this domain »




SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- IP Address

Search »

Domain Name.......... complaintsboard.com
Creation Date........ 2006-06-22
Registration Date.... 2006-06-22
Expiry Date.......... 2009-06-22
Organisation Name.... Elizabeth Arden
Organisation Address. P O Box 99800
Organisation Address.
Organisation Address. EmeryVille
Organisation Address. 94662
Organisation Address. CA
Organisation Address. US

Admin Name........... PrivateRegContact Admin
Admin Address........ P O Box 99800
Admin Address........
Admin Address........ EmeryVille
Admin Address........ 94662
Admin Address........ CA
Admin Address........ US
Admin Email.......... contact@myprivateregistration.com
Admin Phone.......... +1.5105952002
Admin Fax...........

Tech Name............ PrivateRegContact TECH
Tech Address......... P O Box 99800
Tech Address.........
Tech Address......... EmeryVille
Tech Address......... 94662
Tech Address......... CA
Tech Address......... US
Tech Email........... contact@myprivateregistration.com
Tech Phone........... +1.5105952002
Tech Fax............
Name Server.......... yns1.yahoo.com
Name Server.......... yns2.yahoo.com

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE |
| IP Address: | 96.31.74.14 (ARIN & RIPE IP search) |
| IP Location: | -(-) |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | 1 listings |
| Y! Directory: | see listings |
| Web Site Title: | Complaints Board |

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or

| | |
|---|---|
| **Meta Description:** | Helpful information for consumers regarding allegedly unethical companies, bad business practices. Complain and submit your complaints or research previous complaints |
| **Meta Keywords:** | complaint form complaints letter customer mortage loan handling online business systems do not call list |
| **Secure:** | No |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 22-Apr-2008 |

**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
Go

**Pay Per Click from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
Go

SOLUTIONS TO GET ONLINE
SOLUTIONS TO SELL ONLINE
SOLUTIONS TO GET CUSTOMERS
PROFESSIONAL BUSINESS SOLUTIONS
SOLUTIONS FOR ONLINE SECURITY
LEGAL & POLICY INFO
CORPORATE INFORMATION
PROMOTIONS & OFFERS

RESOURCES
CUSTOMER SUPPORT

SEARCH FOR A DOMAIN: .com Search

GET A FREE DOMAIN WITH HOSTING

100% Secure Transaction
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2009 Network Solutions. All rights reserved.

**EXHIBIT 1**

## Anne E. Sneed

**From:** Anne E. Sneed
**Sent:** Friday, April 24, 2009 10:39 AM
**To:** 'contact@myprivateregistration.com'
**Cc:** Laura A. Rogal
**Subject:** Elizabeth Arden d/b/a Complaintsboard.com
**Attachments:** Order, Summons and Complaint.pdf

Through this email, this firm is serving you with the attached Order, Summons and Complaint as filed in the U.S. District Court of Arizona. If you have any questions, you may contact Laura Rogal at 602-248-1000 or lar@jaburgwilk.com.

Anne E. Sneed
Legal Assistant to Daniel L. Hulsizer,
Sharon R. Sprague, Laura Rogal
Jaburg & Wilk, P.C.
3200 N. Central Ave., Ste. 2000
Phoenix, AZ 85012
Tel: (602) 248-1022
Fax: (602) 248-0522
www.jaburgwilk.com
aes@jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602) 248-1000, or via e-mail, and delete this message and all attachments thereto
Please consider the environment before printing this e-mail.

**Anne E. Sneed**

**From:** Melbourne_IT [donotreply@melbourneit.com.au]
**Sent:** Friday, April 24, 2009 10:41 AM
**To:** Anne E. Sneed
**Subject:** Melbourne IT - My Private Registration

THIS IS AN AUTOMATED MESSAGE - DO NOT REPLY

You are attempting to contact a domain name that is protected by "My Private Registration" service.

To ensure that your message is delivered to the administrative contact you will need to complete the form at the following web site.

http://www.melbourneit.com.au/cc/emailmanagement/

You will need to submit the following information:

* Your Name & email address

* Your Message to the registrant

Regards

"My Private Registration" Team.

MELBOURNE IT | 'Trusted for Online Success'

+61 3 8624 2300
Call us & speak with a real
eBusiness Consultant

PRODUCTS MY ACCOUNT RENEW PROGRAMS WHOIS HELP ABOUT

Domain Names Email Services Website Hosting Website Design Online Marketing Dedicated Servers Office Tools Website Security

Log In | Order

Home > Find Domain Holder

## Contact Domain Administrator

This form allows you to send an email to the administration email address of the domain name you enter.

**Send Email**

| | |
|---|---|
| Domain Name | complaintsboard.com |
| Your email address | aes@jaburgwilk.com |
| Name | Anne Sneed |
| Subject | Summons and Complaint |

Message

Through this email, this firm is serving you with the attached Order, Summons and Complaint as filed in the U.S. District Court of Arizona. If you have any questions, you may contact Laura Rogal at 602-248-1000 or lar@jaburgwilk.com.

© 2009 Melbourne IT Ltd Contact us | Site Map | Site Feedback | Policies | Privacy Policy | Careers

VeriSign Secured VERIFY

Domain Name Registration | Melbourne IT Corporate | Online Business Guide | Domain Name Renewals | Corporate Brand Services Management | Website Design | Web Hosting | Search Engine Optimisation | Windows Dedicated Hosting | Linux Dedicated Hosting | Hosted Exchange | Hosted Sharepoint | Email Marketing | Pay-Per-Click Management | Hosted Microsoft Exchange | searchzone.com.au | Software as a Service | Australia Domain Names

MELBOURNE IT | 'Trusted for Online Success'

+61 3 8624 2300
Call us & speak with a real eBusiness Consultant

PRODUCTS MY ACCOUNT RENEW PROGRAMS WHOIS HELP ABOUT
Domain Names Email Services Website Hosting Website Design Online Marketing Dedicated Servers Office Tools Website Security Log In | Order

Home > Find Domain Holder

# Contact Domain Administrator

## Thank You,

An email has been sent to the administration email address of complaintsboard.com with the following details:

| |
|---|
| From address: aes@jaburgwilk.com |
| Subject: Summons and Complaint |
| Through this email, this firm is serving you with the attached Order, Summons and Complaint as filed in the U.S. District Court of Arizona. If you have any questions, you may contact Laura Rogal at 602-248-1000 or lar@jaburgwilk.com. |

**Now you've completed this request you may want to:**

- View your Domain Names
- Go to your My Account Console
- Search for more Domain Names

VeriSign Secured VERIFY

© 2009 Melbourne IT Ltd Contact us | Site Map | Site Feedback | Policies | Privacy Policy | Careers

Domain Name Registration | Melbourne IT Corporate | Online Business Guide | Domain Name Renewals | Corporate Brand Services Management | Website Design | Web Hosting | Search Engine Optimisation | Windows Dedicated Hosting | Linux Dedicated Hosting | Hosted Exchange | Hosted Sharepoint | Email Marketing | Pay-Per-Click Management | Hosted Microsoft Exchange | searchzone.com.au | Software as a Service | Australia Domain Names

# EXHIBIT C

Maria Crimi Speth (012574)
Laura A. Rogal (025159)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
mcs@jaburgwilk.com
lar@jaburgwilk.com
(602) 248-1000

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| XCENTRIC VENTURES, L.L.C., an Arizona Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM; MELBOURNE IT DBS, INC., a Delaware corporation; INTERNET NAMES WORLDWIDE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:08-cv-02299-HRH<br><br>**DECLARATION OF LAURA ROGAL** |

I, Laura Rogal, declare:

1. My name is Laura Rogal. I am employed as an associate at the law firm of Jaburg & Wilk, P.C., attorneys of record for Plaintiff Xcentric Ventures, LLC. This Declaration is made of my own personal knowledge and is submitted in support of Plaintiff's Notice of Service of Process on Defendant Elizabeth Arden d/b/a Complaintsboard.com in this matter.

2. On April 24, 2009, to comply with this Court's Order dated April 17, 2009, I visited the website www.complaintsboard.com to determine any additional means of contact with the Defendant.



Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

3. At the bottom of the Complaints Board website, there is a statement that says "If you have any constructive thoughts, creative ideas, or reasonable offers, please, contact us immediately via E-mail." The word "E-mail" in this sentence contained a hyperlink that brought up a new webpage with a form that allowed the user to submit their name, email address, and statement to the purported "Editor" of Complaints Board.[1]

4. Before I submitted my notice to Complaints Board, I took a screen shot of my submission:




[1] As of June 22, 2009, this link has been either altered or deleted, and there is no longer any way to contact the administrators of the Complaints Board website directly through their webpage.

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

5. Shortly after I submitted the form on the Complaints Board website, I received an email from the email address editor.complaintsboard@gmail.com. I promptly responded to the email by providing the Defendant with a copy of the Summons and Complaint from this action. A true and correct copy of the Defendant's email, and my response, is attached hereto as Exhibit "1".

6. In response to my email, the Defendant asked, by email, whether the lawsuit was "a joke". I assured them it was not. I also informed the Defendant of its obligation to file an Answer with this Court, and the ramifications of failing to do so. A true and correct copy of the second email exchange I had with Defendant is attached hereto as Exhibit "2".

7. The Defendant later informed me that despite the registration of its domain name to an address in California, it would not be filing an Answer in this action because it is located "in Europe (outside US)". A true and correct copy of the final email from Defendant is attached hereto as Exhibit "3".

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of June, 2009.

Laura Rogal

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

**EXHIBIT 1**

## Anne E. Sneed

**From:** Laura A. Rogal
**Sent:** Friday, April 24, 2009 2:46 PM
**To:** 'ComplaintsBoard.com'
**Cc:** Maria Crimi Speth; Anne E. Sneed
**Subject:** RE: Lawsuit Filed Against ComplaintsBoard.com
**Attachments:** Order, Summons and Complaint.pdf

Please see the attached Summons and Complaint, along with the court's Order allowing service of these documents by email.

---

**From:** ComplaintsBoard.com [mailto:editor.complaintsboard@gmail.com]
**Sent:** Friday, April 24, 2009 2:40 PM
**To:** Laura A. Rogal
**Subject:** Re: Lawsuit Filed Against ComplaintsBoard.com

May we know what is the name of the plaintiff company?

--
Sincerely,
Ivonne Wainwright
www.ComplaintsBoard.com

# EXHIBIT 2

## Anne E. Sneed

**From:** Laura A. Rogal
**Sent:** Tuesday, June 23, 2009 9:59 AM
**To:** Anne E. Sneed
**Subject:** FW: Lawsuit Filed Against ComplaintsBoard.com

---

**From:** Laura A. Rogal
**Sent:** Friday, May 15, 2009 10:43 AM
**To:** 'ComplaintsBoard.com'
**Cc:** Maria Crimi Speth
**Subject:** RE: Lawsuit Filed Against ComplaintsBoard.com

No, the Complaint is not a joke. The ComplaintsBoard.com website has copied wholesale certain content from the Ripoffreport.com website. Pursuant to the Court's Order, your time to answer the Complaint begins to run on May 31, 2009, meaning that you must file with the Court an answer the Complaint no later than 20 days after May 31, 2009, or you will be found to be in default and judgment will be entered against you.

---

**From:** ComplaintsBoard.com [mailto:editor.complaintsboard@gmail.com]
**Sent:** Friday, April 24, 2009 3:20 PM
**To:** Laura A. Rogal
**Subject:** Re: Lawsuit Filed Against ComplaintsBoard.com

Is this a joke or something, or have you mixed up the the websites?

http://www.complaintsboard.com/?search=rip-off+report

--
Sincerely,
Ivonne Wainwright
www.ComplaintsBoard.com

# EXHIBIT 3

**Anne E. Sneed**

**From:** Laura A. Rogal
**Sent:** Tuesday, June 23, 2009 9:58 AM
**To:** Anne E. Sneed
**Subject:** FW: Lawsuit Filed Against ComplaintsBoard.com

---

**From:** Laura A. Rogal
**Sent:** Wednesday, May 27, 2009 5:31 PM
**To:** 'ComplaintsBoard.com'
**Subject:** RE: Lawsuit Filed Against ComplaintsBoard.com

If you choose not to file an answer, a default will be entered against you by the Court. Your domain name is registered using an address located within the United States, and therefore the Court has jurisdiction over you and your domain name. As you have been told previously, you will be deemed served as of June 1, 2009, and if you choose to take no further action judgment will be entered against you.

---

**From:** ComplaintsBoard.com [mailto:editor.complaintsboard@gmail.com]
**Sent:** Wednesday, May 20, 2009 12:08 AM
**To:** Laura A. Rogal
**Subject:** Re: Lawsuit Filed Against ComplaintsBoard.com

Unfortunately we cannot come to the court or send you an answer as we are located in Europe (outside US).

--
Sincerely,
Ivonne Wainwright
www.ComplaintsBoard.com